**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br>RICHARD PAUL ECCLESTON,<br><br>　　　　　Defendant. | 2:15-cr-00184-JAD-VCF<br>**ORDER** |

　　　Before the court is Defendant's Motion to Substitute Counsel (#34).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Substitute Counsel (#34) is scheduled for 1:00 p.m., February 29, 2016, in courtroom 3D.

　　　The U.S. Marshal is directed to transport defendant to and from the hearing.

　　　DATED this 24th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE