RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Richard Paul Eccleston

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD PAUL ECCLESTON,<br><br>          Defendant. | Case No. 2:15-cr-184-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Richard Paul Eccleston, that the Sentencing Hearing currently scheduled on August 22, 2016 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel has a trial set to begin on August 22, 2016 in U*nited States v. Mack*, Case No. 2:13-cr-00083-JCM-CWH. Additionally, government counsel also has a trial set to begin on August 22, 2016 in *United States v. Fuechtener*, 2:16-cr-00100-GMN-CWH.

The continuance is necessary to allow counsel for both parties sufficient time to prepare for sentencing and be present for the hearing.

2. The defendant is in custody and agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 27th day of July, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-184-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD PAUL ECCLESTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 22, 2016 at 9:00 a.m., be vacated and continued to 9/26/16 at the hour of 11:00 a.m.

DATED this 27 of July, 2016.

_____
UNITED STATES DISTRICT JUDGE