## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America,<br>      Plaintiff,<br><br>vs.<br><br>Richard Paul Eccleston,<br>      Defendant. | Case No. 2:15-cr-00184-JAD<br><br>**Order on Stipulation**<br><br>ECF No. 70 |

Based on stipulation between the defense and the government, the Court finds that good cause exists to dismiss the pending petition to revoke defendant Eccleston's supervised release and to vacate the May 6, 2021 hearing.

IT IS THEREFORE ORDERED that revocation hearing currently scheduled for May 6, 2021, at 11:00 a.m. is vacated and that the petition to revoke defendant Eccleston's supervised release is dismissed.

DATED this 4th day of May, 2021.

_____
Jennifer A. Dorsey
United States District Court Judge