# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD PAUL ECCLESTON,<br><br>          Defendant. | Case No. 2:15-cr-00184-JAD-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Revocation Hearing currently scheduled on July 28, 2021 at the hour of 10:00 a.m., be vacated and continued to September 10, 2021 at 10:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 22nd day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3