UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00184-JAD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD PAUL ECCLESTON, | ECF No. 85 |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, July 26, 2021 at 9:30 a.m., be vacated and continued to September 13, 2021, at 3:00 p.m.

DATED this 22nd day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE