KENDALL S. STONE, ESQ.
Nevada Bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
RICHARD ECCLESTON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ECCLESTON<br><br>Defendant. | Case No.: 2:15-cr-00184-JAD-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED by and between RICHARD ECCLESTON, Defendant, by and through his counsel KENDALL S. STONE, ESQ, and the United States of America, SUPRIYA PRASAD, ESQ., Assistant United States Attorney, that revocation hearing in the above-captioned matter currently scheduled for September 13, 2021, at the hour of 3:00 PM, be vacated and continued to time convenient to the Court but no sooner than 30 days or to a date and time to be set by this Honorable Court.

The Stipulation is entered into for the following reasons:

1. Defense Counsel was recently appointed to the case on September 1, 2021.

2. Defense Counsel needs additional time to review discovery in the case.

3. Defendant is incarcerated and Defense Counsel has not yet been able to contact Defendant but has a meeting scheduled for September 9, 2021.

4. Counsel for the Government has no objection to the continuance.

1

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

8. This is the second stipulation to continue filed herein.

DATED this 7th day of September.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| KENDALL S. STONE, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>RICHARD ECCLESTON | SUPRIYA PRASAD, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-00184-JAD-VCF |
| Plaintiff, ) | |
| ) | FINDINGS OF FACT AND |
| v. ) | CONCLUSIONS OF LAW |
| ) | |
| RICHARD ECCLESTON, ) | |
| ) | (Second Request) |
| Defendant. ) | |
| _____ ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel was recently appointed to the case on September 1, 2021.

2. Defense Counsel needs additional time to review discovery in the case.

3. Defendant is incarcerated and Defense Counsel has not yet been able to contact Defendant but has a meeting scheduled for September 9, 2021.

4. Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

8. This is the second stipulation to continue filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

**IT IS ORDERED** that the revocation hearing currently scheduled for September 13, 2021 at the hour of 3:00 p.m., be vacated and continued to October 18, 2021, at 3:00 p.m.

DATED this 9th of September, 2021.

_____
U.S. DISTRICT JUDGE