KENDALL S. STONE, ESQ.
Nevada Bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
RICHARD ECCLESTON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD ECCLESTON <br><br> Defendant. | Case No.: 2:15-cr-00184-JAD-VCF <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br><br> (Third Request) |

　　IT IS HEREBY STIPULATED by and between RICHARD ECCLESTON, Defendant, by and through his counsel KENDALL S. STONE, ESQ, and the United States of America, SUPRIYA PRASAD, ESQ., Assistant United States Attorney, that revocation hearing in the above-captioned matter currently scheduled for October 18, 2021, at the hour of 3:00 PM, be vacated and continued to time convenient to the Court but no sooner than 30 days or to a date and time to be set by this Honorable Court.

　　The Stipulation is entered into for the following reasons:

　　1.　Defense Counsel recently received new discovery on this case.

　　2.　Defense Counsel needs additional time to review discovery in the case.

　　3.　Defendant is incarcerated and has no objection to the continuance.

　　4.　Counsel for the Government has no objection to the continuance.

1

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

8. This is the second stipulation to continue filed herein.

DATED this 5th day of October 2021.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| KENDALL S. STONE, ESQ. | SUPRIYA PRASAD, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| RICHARD ECCLESTON | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-00184-JAD-VCF |
| Plaintiff, ) | |
| v. ) | FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| RICHARD ECCLESTON, ) | |
| ) | (Third Request) |
| Defendant. ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel recently received new discovery on this case.
2. Defense Counsel needs additional time to review discovery in the case.
3. Defendant is incarcerated and has no objection to the continuance.
4. Counsel for the Government has no objection to the continuance.
5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.
6. Additionally, denial of this request for continuance would result in a miscarriage of justice.
7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.
8. This is the third stipulation to continue filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

## ORDER

**IT IS ORDERED** that the revocation hearing currently scheduled for October 18, 2021 at the hour of 3:00 p.m., be vacated and continued to December 20, 2021, at 3:00 p.m.

DATED this 5th day of October, 2021.

_____
U.S. DISTRICT JUDGE