KENDALL S. STONE, ESQ.
Nevada Bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
RICHARD ECCLESTON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARLD ECCLESTON<br><br>Defendant. | Case No.: 2:15-cr-00184-JAD-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED by and between RICHARD ECCLESTON, Defendant, by and through his counsel KENDALL S. STONE, ESQ, and the United States of America, SUPRIYA PRASAD, ESQ., Assistant United States Attorney, that preliminary revocation hearing in the above-captioned matter currently scheduled for October 8, 2021, at the hour of 10:00 AM, be vacated and continued to time convenient to the Court but no sooner than 30 days or to a date and time to be set by this Honorable Court.

The Stipulation is entered into for the following reasons:

1. Defense Counsel recently received new discovery on this case.

2. Defense Counsel needs additional time to review discovery in the case.

3. Defendant is incarcerated and does not object to the continuance.

4. Counsel for the Government has no objection to the continuance.

1

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary revocation date.

8. This is the fourth stipulation to continue filed herein.

DATED this 5th day of October 2021.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| KENDALL S. STONE, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>RICHARD ECCLESTON | SUPRIYA PRASAD, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-cr-00184-JAD-VCF |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT AND |
| v. | ) | CONCLUSIONS OF LAW |
| | ) | |
| RICHARD ECCLESTON, | ) | |
| | ) | (Fourth Request) |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel recently received new discovery on this case.
2. Defense Counsel needs additional time to review discovery in the case.
3. Defendant is incarcerated and has no objection to the continuance.
4. Counsel for the Government has no objection to the continuance.
5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.
6. Additionally, denial of this request for continuance would result in a miscarriage of justice.
7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary revocation date.
8. This is the fourth stipulation to continue filed herein.

## CONCLUSIONS OF LAW

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the preliminary revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

**IT IS ORDERED** that preliminary revocation hearing currently scheduled for October 8, 2021 at the hour of 10:00 a.m., be vacated and continued to this 8th day of November, 2021, at the hour of 1:00 p.m.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 10-6-2021