## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Richard Eccleston,<br><br>    Defendant | Case No.: 2:15-cr-0184-JAD-VCF<br><br>Order Granting Motion to Strike Pro Se Motion Filed in Violation of Local Rule 11-6(a)<br><br>**ECF No. 118** |

Richard Eccleston, a criminal defendant represented by counsel, has filed a pro se "Memorandum of Law in Support of Motion for Early Termination of Supervised Release."[1] Eccleston cannot file documents on his own behalf at this time because he is represented by counsel. As Local Rule 11-6(a) explains, "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Accordingly,

IT IS HEREBY ORDERED that the Government's Motion to Strike the fugitive filing **[ECF No. 118] is GRANTED and the Clerk of Court is directed to STRIKE Eccleston's pro se filing [ECF No. 117] from the docket**.

IT IS FURTHER ORDERED THAT **defense counsel Kendall Stone, Esq. is directed to provide a copy of this order to Eccleston**. If Eccleston desires to pursue court action, he must ask his attorney to bring a motion on his behalf.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 117.