UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD PAUL ECCLESTON,<br><br>    Defendant. | Case No. 2:15-cr-00184-JAD-VCF<br><br>**Order** |

This matter comes before the Court on the motion to withdraw SUPRIYA PRASAD's appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the motion.

**IT IS THEREFORE ORDERED** that the appearance of SUPRIYA PRASAD in the above-referenced case is withdrawn.

Dated this 22nd day of October, 2025.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1