# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RICHARD PAUL ECCLESTON,

    Defendant.

Case No. 2:15-cr-00184-JAD-VCF

**ORDER**

  Based on the Stipulation of counsel and good cause appearing,

  IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 10, 2025 at the hour of 2:00 p.m., be vacated and continued to December 10, 2025   at the hour of   2 :00  p .m.

  DATED this   6th  day of November 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3