**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PAUL ECCLESTON,<br><br>Defendant. | Case No. 2:15-cr-00184-JAD-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 16, 2025, at 11:30 a.m., be vacated and continued to March 16, 2026, at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED this 4th day of December 2025.

_____
UNITED STATES DISTRICT JUDGE

3