**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

RICHARD PAUL ECCLESTON,

      Defendant.

Case No. 2:15-cr-00184-JAD-VCF

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 16, 2026, at 10:00 a.m., be vacated and continued to July 27, 2026, at the hour of 11:30 a.m.

    DATED this 24th day of February 2026.

_____
UNITED STATES DISTRICT JUDGE

3