**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD PAUL ECCLESTON,<br>Defendant. | Case No. 2:15-cr-00184-JAD-VCF<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 9, 2026, at 11:30 a.m., be vacated and continued to February 8, 2027, at the hour of 11:30 a.m.

DATED this 2nd day of September, 2026.

UNITED STATES DISTRICT JUDGE