**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD PAUL ECCLESTON,

Defendant.

Case No. 2:15-cr-00184-JAD-VCF

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 8, 2027, at 11:30 a.m., be vacated and continued to May 20, 2027, at the hour of 11:30 a.m.

DATED this 19th day of November, 2026.

UNITED STATES DISTRICT JUDGE